UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA,<br><br>    Plaintiff,<br><br>    v.<br><br>HAMKAR,<br><br>    Defendant. | No. 2:14-cv-2990 WBS KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. This action proceeds on plaintiff's Eighth Amendment claim against Dr. B. Hamkar, alleging Dr. Hamkar was deliberately indifferent to plaintiff's serious medical needs, by, *inter alia*, denying plaintiff effective medication for chronic pain despite his knowledge of the impairments that plaintiff would suffer in the absence of the required medication. (ECF No. 5 at 2.) On July 17, 2017, plaintiff was directed to file a clarification as to how he wishes to proceed. However, on July 20, 2017, plaintiff filed a notice that he was again being transferred. On August 14, 2017, plaintiff confirmed that he was transferred and that his pleading in this action has been removed from his legal materials. Plaintiff seeks a copy of his complaint.

Good cause appearing, plaintiff's request is granted. In addition, plaintiff is granted thirty days in which to respond to the July 17, 2017 order.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request (ECF No. 60) is granted;

2. Plaintiff is granted thirty days in which to respond to the July 17, 2017 order (ECF No. 58); and

3. The Clerk of the Court is directed to send plaintiff a copy of the July 17, 2017 order (ECF No. 58) and his complaint (ECF No. 1).

Dated: August 23, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cana2990.ext2