UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE CANADA,<br><br>    Plaintiff,<br><br>    v.<br><br>HAMKAR,<br><br>    Defendant. | No. 2:14-cv-2990 WBS KJN P<br><br><br>ORDER |

    Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: October 3, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cana2990.59

1